**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
DORCAS WHITE,                  :
                               :
     Plaintiff,                :
                               :
v.                             :    Civ. No. 3:06CV00774(AWT)
                               :
DEPARTMENT OF CHILDREN AND     :
FAMILIES,                      :
                               :
     Defendant.                :
                               :
-------------------------------x
```

## ORDER RE DEFENDANT'S MOTION TO DISMISS

Based on the representation of counsel that the plaintiff "obtained a release and a right to sue letter from each of the agencies" (Memorandum of Law in Opposition to Motion to Dismiss (Doc. No. 18), at 1), the Defendant's Motion to Dismiss (Doc. No. 11), is hereby DENIED without prejudice.

The defendant also argues that the plaintiff has not exhausted administrative remedies with respect to her dismissal from her position because her administrative complaint was dismissed on January 26, 2006, and she was discharged in February 2006. The court notes that a claim which is "reasonably related" to those filed with the agency can be pursued in court. See Deravin v. Kerik, 335 F.3d 195, 200 (2d Cir. 2003) (citation omitted). Looking at the complaint in the light most favorable to the plaintiff, it appears that the plaintiff has alleged that her termination was a direct result of the defendant's actions with respect to vacation and sick time. The court concludes that

the plaintiff is entitled to produce evidence to demonstrate that she is entitled to proceed on this claim as one that is reasonably related to her administrative complaint.

It is so ordered.

Dated this 26th day of February 2007 at Hartford, Connecticut.

                                              /s/AWT
                                    Alvin W. Thompson
                              United States District Judge